UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMTRUST NORTH AMERICA, INC.,

                        Plaintiff,

-against-

MBA NETWORK, LLC,

                        Defendant.

1:18-cv-06241(PAE)

**JUDGMENT**

      Plaintiff AmTrust North America, Inc., having previously obtained a default judgment of liability against defendant MBA Network, LLC; and this Court having approved and entered a post-judgment settlement agreement between plaintiff on one hand, and defendant and Forrest Reynolds on the other; and Forrest Reynolds having submitted to this Court's jurisdiction; and this Court having retained jurisdiction to enforce that settlement agreement; and plaintiff having moved to enforce that settlement agreement; and this Court, on December 2, 2020, having rendered its Opinion & Order granting the motion to enforce the settlement agreement and ordering both defendant and Forrest Reynolds to pay $255,000 to plaintiff; it is,

      ORDERED, ADJUDGED AND DECREED that, for the reasons stated in the Court's Opinion and Order dated December 2, 2020, AmTrust North America, Inc. have judgment against MBA Network, LLC and Forrest Reynolds in the amount of $255,000, as well as any costs and post-judgment interest as set by statute.

Dated:  New York, New York
          December 16, 2020

SO ORDERED.

                                        PAUL A. ENGELMAYER
                                        United States District Judge